UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE KARP,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>ALONZO, et al.,<br><br>　　　　　　　　　Defendants | Case No.  3:25-cv-00171-MMD-CSD<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(ECF No. 6) |

　　　　On November 12, 2025, the Court issued a screening order and granted Plaintiff until December 12, 2025, to file a second amended complaint or the Court would dismiss the action without prejudice for failure to state a claim. (ECF No. 5 at 9).  On December 9, 2025, Plaintiff submitted a motion for a 60-day extension of time. (ECF No. 6).

　　　　The Court grants the motion for an extension of time in part.  Plaintiff will file the second amended complaint on or before January 30, 2026.  If Plaintiff chooses not to file a second amended complaint, the Court will dismiss the action without prejudice for failure to state a claim.  (ECF No. 5 at 9).

　　　　For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 6) is granted in part.  Plaintiff will file his second amended complaint on or before January 30, 2026.

　　　　It is further ordered that, if Plaintiff fails to timely file his second amended complaint, this action will be dismissed without prejudice for failure to state a claim.

　　　　DATED: December 22, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE